**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                              Case No. 3:01cr22/RV

**JIMMIE DELANO WITHERSPOON**
_____/

### ORDER REDUCING SENTENCE

    Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure.  (Doc.86/123 )  The Government has certified defendant Witherspoon's subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

    Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED.  Accordingly, defendant Witherspoon's sentence and judgment entered herein on November 1, 2001, is hereby amended and his sentence of imprisonment is reduced from a term of two hundred fifty-one months (251) months followed by 10 years of supervised release to a term of one hundred twenty-five (125) months followed by five (5) years of supervised release.  In all other respects, the defendant's judgment of November 1, 2001 (doc. 59), remains in full force and effect.

    DONE AND ORDERED this 14th day of April, 2006.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON
                                              Senior U.S. District  Judge**